**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BAKAJ <br> c/o Mark S. Zaid, P.C. <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C. 20036 <br> <br>     Plaintiff, <br> <br>     v. <br> <br> DEPARTMENT OF HOMELAND SECURITY <br> STOP-0655 <br> 245 Murray Lane, SW <br> Washington, D.C. 20528-0655 <br> <br>     Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    Civil Action No: 19-1580 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \*

**EX-PARTE MOTION FOR LEAVE TO FILE COMPLAINT**
**USING COUNSEL'S ADDRESS IN VIOLATION OF LCVR 5.1 (e)**

NOW COMES the plaintiff Andrew Bakaj, by and through his undersigned counsel, to hereby respectfully seek leave of this Court to file his Complaint against the above listed Government defendant using his counsel's address in violation of LCvR 5.1(e) in order to protect his residential location.

As grounds therefore, the plaintiff relies on the contemporaneously submitted declaration of Bradley P. Moss, Esq., attached at Exhibit "1".

A proposed Order also accompanies this Motion.

2

Date: May 29, 2019

                                                    Respectfully submitted,

                                                            /s/
                                        _____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiff