# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW BAKAJ <br> c/o Mark S. Zaid, P.C. <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C. 20036 <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY <br> STOP-0655 <br> 245 Murray Lane, SW <br> Washington, D.C. 20528-0655 <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> Civil Action No: 19-1580 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## DECLARATION OF BRADLEY P. MOSS, ESQ.

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration on personal knowledge. This declaration is submitted in support of the plaintiff's Ex-Parte Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1(e).

2. I am one of the attorneys for the plaintiff Andrew Bakaj ("Mr. Bakaj") in this matter, along with my firm's Managing Partner, Mark S. Zaid ("Mr. Zaid"). I am admitted to practice law in the State of Illinois and the District of Columbia, as well as the U.S. Court of Appeals for the D.C. Circuit and the United States District Courts for the District of Columbia, District of Maryland and the Northern District of Illinois. I have been litigating cases involving the federal government, including with respect to the Freedom of Information Act ("FOIA"), since 2007. I also actively represent individuals

associated with or within the intelligence, law enforcement or military communities in administrative proceedings. Both Mr. Zaid and I hold or have held U.S. Government security clearances, granted by the Department of Justice, for the purpose of representing specific clients, some of whose affiliation to the U.S. Government is a classified fact.

3. This case involves a Freedom of Information and Privacy Act request for records of an Inspector General investigation.

4. The plaintiff is a former Special Agent at the Central Intelligence Agency's Office of the Inspector General ("CIA OIG"). During his time at the CIA OIG, Mr. Bakaj played a critical role in developing the agency's regulations governing whistleblower reprisal investigations. He is currently a practicing attorney and Managing Partner of the Compass Rose Legal Group, which maintains an office mailing address at the same location as that of undersigned counsel's law firm.

5. Should Mr. Bakaj's residential address be revealed he could potentially face serious threats, as well as unwanted visitors, at his home. His complaints of whistleblower reprisal are a matter of public interest and concern, including Congressional scrutiny.

6. Through our representation of current and former CIA employees and officers, Mr. Zaid and I have sought identical relief to that requested herein on multiple occasions. To the best of our recollection, this type of request has never been denied for this type of situation involving a current or former CIA employee.

7. The defendant agency should already be aware of the residential address of Mr. Bakaj and absolutely no prejudice would be imparted upon it by this request.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: May 29, 2019

Bradley P. Moss