# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW BAKAJ | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 19-1580 (ABJ) |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF PROOF OF SERVICE (USAG)</u>**

Date:  June 26, 2019

                          Respectfully submitted,

                          /s/

                          _____
                          Bradley P. Moss, Esq.
                          D.C. Bar #975905
                          Mark S. Zaid, Esq.
                          D.C. Bar #440532
                          Mark S. Zaid, P.C.
                          1250 Connecticut Avenue, N.W.
                          Suite 700
                          Washington, D.C. 20036
                          (202) 454-2809
                          (202) 330-5610 fax
                          Brad@MarkZaid.com
                          Mark@MarkZaid.com

                          Attorneys for Plaintiff