

June 26, 2019

Dear Brad Moss:

The following is in response to your request for proof of delivery on your item with the tracking number: **9514 8067 0321 9164 1051 96**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | June 18, 2019, 5:53 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| **Shipment Details** | |
| Weight: | 4.0oz |
| **Recipient Signature** | |
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[address image] 20530* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004