UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW BAKAJ | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 19-1580 (ABJ) |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NUNC PRO TUNC MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S OCTOBER 3, 2019, ORDER**

NOW COMES the plaintiff Andrew Bakaj ("Mr. Bakaj"), by and through the undersigned, to respectfully move the Court for an extension of time to comply with this Court's October 3, 2019, Order requiring that Mr. Bakaj's home address be filed under seal.

The undersigned unequivocally apologize for the oversight that has necessitated this extension request and accept complete responsibility for failing to file the information in accordance with this Court's order. At the time that this Court issued its order, undersigned counsel – and particularly Mark Zaid, who is primary counsel for Mr. Bakaj in this action – had only just recently become the subject of intense media scrutiny given Mr. Zaid and Mr. Bakaj's separate and distinct representation of the whistleblower whose complaint to the Intelligence Community Inspector General set off the current impeachment investigation into President Donald Trump. *https://www.washingtonian. com/2019/09/24/meet-the-attorneys-representing-the-whistleblower-who-helped-launch-*

*the-impeachment-inquiry/* (last accessed October 25, 2019); *https://abcnews.go.com/ Politics/2nd-whistleblower-forward-speaking-ig-attorney/story?id=66092396* (last accessed October 25, 2019); *https://thehill.com/policy/national-security/463135-whistleblower-complaint-declassified-on-eve-of-high-stakes-maguire* (last accessed October 25, 2019). That media attention has unfortunately included personal public attacks on Messrs Zaid and Bakaj by President Trump himself. *https://www.theguardian.com/us-news/2019/sep/30/donald-trump-has-put-whistleblower-in-danger-lawyers-say-ukraine-impeachment* (last accessed October 25, 2019); *https://talkingpointsmemo.com/news/whistleblower-lawyers-respond-trump-accusation-political-bias* (last accessed October 25, 2019).

The demands of the representation of the Intelligence Community whistleblower, including ongoing efforts to ensure the physical safety of both the whistleblower and all affiliated legal counsel, as well as discussions with the relevant Congressional committees, has quite simply consumed Messrs. Zaid and Bakaj for several weeks. This is not, of course, an excuse for overlooking this Court's mandate but rather information that the undersigned respectfully request this Court take into consideration when evaluating the current motion for a brief (and late) extension of time.

The undersigned request that this Court grant this Nunc Pro Tunc Motion for an extension of time until Monday, October 28, 2019. Counsel is immediately submitting the requested information under seal. Government counsel was informed of this Motion via e-mail but at the time of filing no response had been received.

A proposed Order accompanies this Motion.

Date: October 25, 2019

        Respectfully submitted,

        /s/

        _____
        Bradley P. Moss, Esq.
        D.C. Bar #975905
        Mark S. Zaid, Esq.
        D.C. Bar #440532
        Mark S. Zaid, P.C.
        1250 Connecticut Avenue, N.W.
        Suite 700
        Washington, D.C. 20036
        (202) 454-2809
        (202) 330-5610 fax
        Brad@MarkZaid.com
        Mark@MarkZaid.com

        Attorneys for the Plaintiff