UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW BAKAJ,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br><br><br>    *Defendant*. | Civil Action No. 19-1580 (ABJ) |

### DEFENDANT'S STATUS REPORT
### FOR FEBRUARY 8, 2021

Pursuant to the Court's Order dated January 8, 2021, in which the Court ordered the Defendant to complete its review of the documents in its Sensitive Compartmented Information Facility (SCIF) and file an updated status report by February 8, 2021, Defendant reports the following:

As of February 5, 2021, the Department of Homeland Security Office of Inspector General ("DHS OIG") completed its review of the classified documents in its SCIF. DHS OIG's review determined that these documents involve the equity of other agencies, and that they should be consulted to determine whether they want to invoke any exemption under the Freedom of Information Act, such as those related to national security or privilege interests, regarding portions of these documents. DHS OIG sent these documents to those agencies for consultations and DHS OIG asked the agencies provide a response within thirty (30) days.

As DHS OIG's review is complete and the Defendant is awaiting the return of the consultations, we respectfully request to update the Court with respect to the progress of this matter on or before March 17, 2021.

        Respectfully Submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney


        BRIAN P. HUDAK
        Acting Chief, Civil Division


        BY:

        /s

        BENTON G. PETERSON, BAR # 1029849
        Assistant United States Attorney
        555 4th Street, N.W. – Civil Division
        Washington, D.C. 20530
        (202) 252-2534